IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SONIA RODRIGUEZ,

**Plaintiff,**

No.                                                                 12-cv-00508 JEC/WDS

vs.
RELIOS INCORPORATED,

**Defendant.**

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO SERVE WRITTEN DISCOVERY RESPONSES

This matter is before the Court on Defendant's Motion to Compel Plaintiff to Serve Written Discovery Responses.  (Doc. No. 27) Defendant served written discovery on Plaintiff, has not received any response from Plaintiff, and the time in which to respond has expired.  Nor has Plaintiff responded to Defendant's motion by filing a brief in opposition, and the time in which to do so has expired.  Accordingly, the Court deems the motion unopposed and grants the motion.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge